ACCEPTED
15-25-00166-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 9:13 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 9:13:22 AM
CHRISTOPHER A. PRINE
Clerk

**15-25-00166-CV**
**IN THE COURT OF APPEALS**
**FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

**CARRIE HANSON**

**V.**


**LACYE GARZA**

**CASE APPEALED FROM 119th DISTRICT COURT**
**OF RUNNELS COUNTY**
**CAUSE NUMBER 940**
**HON. BEN WOODWARD, PRESIDING**


**MOTION FOR WITHDRAWAL OF COUNSEL and / or NOTICE OF NON REPRESENTATION OF APPELLEE**

This Motion for Withdrawal of Counsel and/or Notice of Non Representation of Appellee Lacye Garza is brought by Shawntell McKillop, who is attorney of record for LACYE RENEE GARZA from the trial court final hearing in Runnels County in Cause number 940, 119th Judicial District. Shawntell McKillop requests the Court to grant her permission to withdraw as attorney for LACYE RENEE GARZA in this case or for the Court of Appeals to note that LACYE RENEE GARZA is representing herself in said appeal. In support, Shawntell McKillop shows:


Good cause exists for withdrawal of Shawntell McKillop as counsel, in that LACYE RENEE GARZA no longer wishes to retain Shawntell McKillop, has never agreed to retain Shawntell McKillop for said appeal and wishes to represent herself to file the APPELLEE's RESPONSE due on December 1, 2025.


A copy of this motion has been delivered to LACYE RENEE GARZA, who is hereby notified in writing of her right to object to this motion. LACYE RENEE GARZA has consented to the motion as evidenced by her signature on this motion. The last well-known address of LACYE RENEE GARZA is 202 LAUREL DR, WINTERS, Texas, 79567-3004. The last known phone number of LACYE RENEE GARZA is 325-370-7191 - MOB. The last known email address of LACYE RENEE GARZA is lacyeb_07@yahoo.com.

The settings and deadlines, including discovery deadlines, in this case are as follows:
**Appellee's Brief Due on December 1, 2025**

The following hearings have been held in this case and have been recorded by the court reporters set forth below:

| Type of Hearing | Date of Hearing | Transcript Requested? | Transcript Received? | Court Reporter's Name, Address, Tel. No. |
|---|---|---|---|---|
| Final Hearing on Termination | Aug 28, 2025 | Yes | Yes | Lori Dobbins 12730 County Rd 105 Brownwood Texas 76801 325-659-6456 |

All documents provided in this appeal have been provided to LAYCE RENEE GARZA. Counsel has provided the link to the 15th Court of Appeals to LACYE RENEE GARZA.

Counsel has provided the reporters' record, the clerks' record, the brief filed by the Appellant, and the notices provided by the 15th Court of Appeals.

Shawntell McKillop prays that the Court enter an order discharging her as attorney of record for LACYE RENEE GARZA or a notice of non-representation that counsel does not represent Lacye Garza.

Respectfully submitted,

SHAWNTELL MCKILLOP
439 W Harris
San Angelo, TX 76903
Tel: (325) 658-1991
Fax: (325) 655-1391

By:_____
Shawntell McKillop
State Bar No. 24007655
main@mckilloplawoffice.com
Attorney for LACYE RENEE GARZA

**Certificate of Service**

I certify that a true copy of this Motion for Withdrawal of Counsel was served in accordance with rule 21a of the Texas Rules of Civil Procedure on the following on November 18, 2025:

JENNY HENLEY by electronic filing manager.

LACYE RENEE GARZA by electronic filing manager.

_____
Shawntell McKillop
Attorney for LACYE RENEE GARZA

**AGREED TO AND APPROVED:**

Lacye Garza (Nov 17, 2025 19:12:01 CST)
_____
LACYE RENEE GARZA
202 Laurel Dr
Winters, TX 79567-3004
Tel: 325-370-7191
Email: lacyeb_07@yahoo.com

# 15-25-00166-CV-Appellee Motion for Withdrawal of Counsel

Final Audit Report · 2025-11-18

| | |
|---|---|
| Created: | 2025-11-17 |
| By: | Shawntell Mckillop (office@mckilloplawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAOs2y_U0bm3f3d5MKddk9vhQR8ip8HZu1 |

## "15-25-00166-CV-Appellee Motion for Withdrawal of Counsel" History

🗎 Document created by Shawntell Mckillop (office@mckilloplawoffice.com)
2025-11-17 - 8:41:14 PM GMT

✉ Document emailed to lacyeb_07@yahoo.com for signature
2025-11-17 - 8:41:34 PM GMT

🗎 Email viewed by lacyeb_07@yahoo.com
2025-11-18 - 1:08:10 AM GMT

✍ Signer lacyeb_07@yahoo.com entered name at signing as Lacye Garza
2025-11-18 - 1:11:59 AM GMT

✍ Document e-signed by Lacye Garza (lacyeb_07@yahoo.com)
Signature Date: 2025-11-18 - 1:12:01 AM GMT - Time Source: server

✔ Agreement completed.
2025-11-18 - 1:12:01 AM GMT

Adobe Acrobat Sign

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim Conner on behalf of Shawntell McKillop
Bar No. 24007655
main@mckilloplawoffice.com
Envelope ID: 108160130
Filing Code Description: Motion
Filing Description: Motion for Withdrawal of Counsel and/or Notice of Non-Representation of Appellee
Status as of 11/18/2025 9:30 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jenny Henley | | justicewithjenny@hotmail.com | 11/18/2025 9:13:22 AM | SENT |
| Shawntell  McKillop | | main@mckilloplawoffice.com | 11/18/2025 9:13:22 AM | SENT |
| Lacye Garza | | lacyeb_07@yahoo.com | 11/18/2025 9:13:22 AM | SENT |

**15-25-00166-CV**
**IN THE COURT OF APPEALS**
**FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

**CARRIE HANSON**

**V.**


**LACYE GARZA**

**CASE APPEALED FROM 119th DISTRICT COURT**
**OF RUNNELS COUNTY**
**CAUSE NUMBER 940**
**HON. BEN WOODWARD, PRESIDING**


**ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL and / or NOTICE OF NON REPRESENTATION OF APPELLEE**


On _____ the Court considered the Motion for Withdrawal of Counsel and / or the Notice of Non Representation of Appellee Lacye Garza by Shawntell McKillop.

The Court finds that good cause exists for withdrawal of Shawntell McKillop as counsel.

The Court finds that Shawntell McKillop should not be designated as the attorney in charge of this appeal.

The Court finds that a copy of the Motion for Withdrawal of Counsel was delivered to LACYE RENEE GARZA, that LACYE RENEE GARZA was notified in writing of the right to object to the motion, that LACYE RENEE GARZA has consented to the motion, that the last known address of LACYE RENEE GARZA is 202 LAUREL DR, WINTERS, Texas, 79567-3004, and that the pending settings and deadlines in the case are as follows:

**Appellee's Brief Due on December 1, 2025**

IT IS THEREFORE ORDERED THAT Shawntell McKillop is permitted to withdraw as counsel of record for LACYE RENEE GARZA in this case.

The Court finds that the last known mailing address of LACYE RENEE GARZA is 202 LAUREL DR, WINTERS, Texas, 79567-3004 and ORDERS that all notices in this case shall be either delivered to LACYE RENEE GARZA in person or sent to LACYE RENEE GARZA at that address by both certified and regular first-class mail. The Court finds that LACYE RENEE GARZA's current Email address is lacyeb_07@yahoo.com and that she be notified of all pleadings and updates through E filing.

SIGNED on _____.


_____
JUDGE PRESIDING// CLERK PRESIDING


COPIES:

LACYE RENEE GARZA lacyeb_07@yahoo.com

JENNY HENLEY justicewithjenny@hotmail.com

SHAWNTELL MCKILLOP main@mckillopalwoffice.com